IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-CT-3068-FL

| | |
|---|---|
| KEITH V. HARNED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DECLARATION OF |
| ) | SARA REVELL |
| THE UNITED STATE OF AMERICA, ) | |
| WARDEN SARA REVELL, ) | |
| A.W. R. CAMPOS, A.W. A. HISCOCKS, ) | |
| DR. T. ANSARI, DR. J. LINZAU, ) | |
| ) | |
| Defendants. ) | |

I, SARA REVELL, do hereby declare as follows:

1. I am currently employed by the United States Department of Justice, Federal Bureau of Prisons, as the Assistant Director, Program Review Division. I have been in my current position since August 2012. From 2009 through August 2012, I was the Complex Warden at the Federal Correctional Complex in Butner, North Carolina ("FCC Butner"), and also the Warden at the Federal Medical Center in Butner, North Carolina ("FMC Butner").

2. I understand that the plaintiff, federal inmate Keith Harned, 87249-020, alleges that he spoke with me regarding an injury he sustained during a softball game at FMC Butner.

3. I do not recall Mr. Harned, nor do I recall the incident he alleges.

1

4. In my roles as Complex Warden, and Warden of FMC Butner, I, along with my executive staff members, routinely stood in the institution's dining hall during the lunch meal (also referred to as "mainline"), and responded to various questions posed by inmates. During these times, inmates would approach myself and members of my executive staff with a wide variety of questions concerning housing issues, medical concerns, and various complaints and concerns. With regard to complaints or concerns about an inmate's medical condition or treatment, I instructed the inmates to report their concern to their primary care team, and to address their concerns with their medical providers.

5. I am not a medical professional, and in my roles as Complex Warden and Warden of FMC Butner, I was not personally involved in any decisions regarding the medical care provided to a particular inmate, nor was I involved in any treatment decisions. At no time did I have any involvement in Mr. Harned's medical care.

6. Additionally, during my time at FCC Butner, I never sat as a member of the institution's Utilization Review Committee, as this committee is made up solely of medical professionals. As a Warden, I did not have the authority to submit or refer an inmate for any medical procedures, as this referral or consultation request must come from the inmate's primary medical providers.

7. On April 17, 2012, in my role as Warden of FMC Butner, I

signed the Response to Mr. Harned's Request for Administrative Remedy, Number 683524-F1, regarding his request for surgery on his nose and compensation for an injury which occurred during a recreational activity at FMC Butner.

8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of March, 2015.

_____
Sara Revell
Assistant Director
Federal Bureau of Prisons
Washington, D.C.